USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DARLENE OLIVER,

               Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIGUEL PEREA; POLICE SERGEANT AMANDA SZOT; POLICE OFFICER DANIEL RANGEL; POLICE SERGEANT JOSE MARTINEZ; POLICE OFFICER CHRISTIAN VALENCIA; JOHN DOE FEMALE NYPD SERGEANT; JOHN DOE #1; JOHN DOE #2; FEMALE JOHN DOE OFFICER; JOHN DOE SERGEANT, JOHN DOE # 3; JOHN DOES; RICHARD ROES,

               Defendants.

19 Civ. 2321 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    At the initial pretrial conference held on January 6, 2020, the parties reported to the Court that they had inadvertently included in their joint pre-conference letter the details of a settlement demand made by one of the parties. Accordingly, is is hereby ORDERED that the parties' joint preconference statement, ECF No. 31, be stricken from the docket.

    The Clerk of Court is directed to strike ECF No. 31 from the docket. By **January 10, 2020**, the parties shall refile their joint letter with the details of the settlement demand omitted.

    SO ORDERED.

Dated: January 6, 2020
       New York, New York

                                         ANALISA TORRES
                                       United States District Judge