UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARLENE OLIVER,                                        )
                Plaintiff,                    )
                                                  )
    -against-                                        )    **Notice of Motion**
                                                  )
THE CITY OF NEW YORK; POLICE OFFICER  )    19 Civ. 2321 (AT) (KHP)
MIGUEL PEREA; POLICE SERGEANT         )
AMANDA SZOT; POLICE OFFICER DANIEL    )
RANGEL; POLICE SERGEANT JOSE          )
MARTINEZ; POLICE OFFICER CHRISTIAN    )
VALENCIA; JOHN DOE FEMALE NYPD        )
SERGEANT; JOHN DOE # 1; JOHN DOE # 2; )
FEMALE JOHN DOE OFFICER; JOHN DOE     )
SERGEANT; JOHN DOE # 3; JOHN DOES;    )
RICHARD ROES,                         )
                                                  )
Defendants.                           )
-------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the Plaintiff, by her attorney Jeffrey A. Rothman, hereby moves, pursuant to Fed.R.Civ.P. 15 and 16, before this Court for leave to file a Second Amended Complaint.

Dated:    New York, New York
            July 23, 2021

                                          _____/S/_____
                                          JEFFREY A. ROTHMAN, Esq.
                                          305 Broadway, Suite 100
                                          New York, New York 10007
                                          (212) 227-2980

                                          Counsel for Plaintiff