USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Darlene Oliver

                                  Plaintiff,

          -against-

City of New York, et al.

                                 Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING STATUS CONFERENCE**

**19-CV-2321 (MKV) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A Status Conference in this matter is hereby scheduled on **Monday, January 31, 2022 at 10:00 a.m.**  The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the scheduled time.

     SO ORDERED.

Dated: December 2, 2021
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge