

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2022
```

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **HANNAH V. FADDIS**<br>*Senior Counsel*<br>phone: (212) 356-2486<br>fax: (212) 356-1148<br>hfaddis@law.nyc.gov |

May 13, 2022

**VIA ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Darlene Oliver v. City of New York, et al.</u>,
                19 Civ. 2321 (AT) (KHP)

Your Honor:

      I am the attorney assigned to represent the defendants in this action. Defendants write to request a brief adjournment of the status conference scheduled for May 17, 2022. Plaintiff consents to this request.

      This request is made due to scheduling conflicts. Since the scheduling of this conference, the undersigned was assigned to the defense of a trial matter, scheduled to begin May 18, 2022, before the Hon. Kimba H. Wood, U.S.D.J., which may last through May 25, 2022. The undersigned has been, and will be until the commencement of trial, engaged in trial preparations. This adjournment will also permit the parties to conduct a meaningful meet and confer on outstanding discovery issues in advance of the conference. Accordingly, defendants are requesting an adjournment of this conference to the week of May 30, or thereafter.[1] For the Court's convenience, all counsel are available on June 2 or 3, 2022.

      The parties thank the Court for its consideration.

Respectfully submitted,

/s/ _____
Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

---

[1] Defendants are mindful of the Court's Individual Rules of Practice and apologize that this request was not filed earlier today.

cc: **VIA ECF**
*All counsel of record*

**APPLICATION GRANTED: The case management conference scheduled for Tuesday, May 17, 2022 at 10:30 a.m. is hereby rescheduled to <u>Tuesday, June 14, 2022 at 10:15 a.m.</u> The parties are to report to Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.**

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**05/16/2022**