```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Darlene Oliver
                                    Plaintiff,

              -against-                                            19-CV-2321 (MKV) (KHP)

City of New York, et al.
                                    Defendants.
-----------------------------------------------------------------X
```

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

As discussed during the case management conference held on June 14, 2022, the Court orders the following:

- Defendants shall file their Answer to Plaintiff's Second Amended Complaint (ECF No. 99) by July 14, 2022.

- Fact discovery is extended to September 30, 2022.

- The parties shall file a joint status letter by July 29, 2022.

**SO ORDERED.**

Dated: June 14, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge