

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/31/2022
```

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Senior Counsel*
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

August 30, 2022

**VIA ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re:    Darlene Oliver v. City of New York, et al.,
               19 Civ. 2321 (AT) (KHP)

Your Honor:

I am the attorney assigned to represent the defendants in this action. The parties write jointly to request an adjournment of the settlement conference presently scheduled for September 8, 2022.

This request is made due to scheduling conflicts. As an initial matter, the undersigned was ill and out of the office from August 22 to 26, 2022. Due to the effect of this absence, and ongoing preparations for a trial beginning September 12, 2022, with jury selection proceeding September 6, 2022, defendants respectfully request an adjournment to permit sufficient time to prepare for this conference. Additionally, plaintiff's counsel is out of the office this week and has also indicated that additional time to prepare would be beneficial to plaintiff. The parties also wish to use the additional time to seek to possibly resolve this case on our own, without need for the Court's assistance.

The parties are available the week of September 19, 2022, the Court's schedule permitting, or after October 14, 2022.

The parties likewise respectfully request an adjournment of the current deadline for the close of fact discovery (presently September 30, 2022) to allow for settlement efforts to be engaged in without the expenditure of further time and money that may further complicate those settlement efforts.

The parties thank the Court for its consideration.

Respectfully submitted,

/s/ *Hannah V. Faddis*
Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
*All counsel of record*

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Thursday, September 8, 2022 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, October 18, 2022 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>October 11, 2022 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
08/31/2022

2