**Jeffrey A. Rothman**
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
rothman.jeffrey@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2022

December 22, 2022

**By ECF To:**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/22/2022

Re:  <u>Darlene Oliver v. City of New York, et al.</u>, 19 Civ. 2321 (MKV) (KHP)

Dear Judge Parker:

I am counsel for Plaintiff in the above-captioned action. I write, jointly with opposing counsel, to inform the Court that the parties have reached a settlement in principle, and to respectfully request that all current deadlines and conferences - including the case management conference presently scheduled for January 12, 2023 at 12:15 p.m. - be adjourned *sine die*.

Both Ms. Faddis (counsel for Defendants) and myself will be away starting tomorrow through the New Year. We will work together on the settlement related paperwork in early January, and we expect to finalize it and submit it to Judge Vyskocil shortly to be "so ordered."

The parties particularly thank the Court once again for its assistance with this matter at the settlement conference that was held on October 18, 2022. Your Honor's assistance, and your recommendation, were invaluable to the parties' ability to resolve this case at this juncture.

Wishing you warm and pleasant holidays, and a happy and healthy new year.

Respectfully submitted,

/S/

Jeffrey A. Rothman