UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DARLENE OLIVER,

                                                          Plaintiff,

                            -against-

THE CITY OF NEW YORK; POLICE OFFICER MIGUEL PEREA;
POLICE SERGEANT AMANDA SZOT; POLICE OFFICER DANIEL
RANGEL; POLICE SERGEANT JOSE MARTINEZ; POLICE OFFICER
CHRISTIAN VALENCIA; POLICE OFFICER ABUL MIAH: JOHN DOE
FEMALE NYPD SERGEANT; JOHN DOE #1; JOHN DOE #2; FEMALE
JOHN DOE OFFICER; JOHN DOE SERGEANT; JOHN DOE #3, JOHN
DOES; RICHARD ROES,

                                                      Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

19-cv-02321 (MKV) (KHP)

        **WHEREAS**, plaintiff commenced this action by filing a complaint on or about March 14, 2019, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

        **WHEREAS**, plaintiff seeks to voluntarily dismiss all claims against defendants Miguel Perea, Amanda Szot, Daniel Rangel, Jose Martinez, Christian Valencia, and Abul Miah with prejudice; and

        **WHEREAS**, plaintiff has authorized his counsel to agree to the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed with prejudice, as against defendants Miguel Perea, Amanda Szot, Daniel Rangel, Jose Martinez, Christian Valencia, and Abul Miah;

        2.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all of the claims that were asserted or could have been asserted by or on behalf of plaintiff Darlene Oliver against defendants Miguel Perea, Amanda Szot, Daniel Rangel, Jose Martinez, Christian Valencia, and Abul Miah, including their successors and assigns, arising out of the facts and circumstances that are the subject of this action, are hereby dismissed and discontinued, with prejudice, and without attorney's fees, costs, or disbursements to any party as against the other;

3. This Stipulation contains all the terms and conditions agreed upon by counsel for defendants and counsels for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein; and

4. This Stipulation shall be binding upon the parties immediately upon signature and shall be submitted to the Court for entry as an Order.

Dated: New York, New York
_____, 2023

| | |
|---|---|
| LAW OFFICE OF JEFFREY A. ROTHMAN<br>*Attorney for Plaintiff*<br>305 Broadway, Suite 100<br>New York, NY 10007<br>(212) 227-2980<br><br>By: *[signature]* 2/6/23<br>Jeffrey A. Rothman, Esq. | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York, Miguel Perea, Amanda Szot, Daniel Rangel, Jose Martinez, Christian Valencia, and Abul Miah*<br>100 Church Street<br>New York, New York 10007<br><br>By: *[signature]* 2/13/23<br>Hannah V. Faddis  Joseph Zangrilli<br>*Senior Counsel* |

SO ORDERED:

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023